Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−10926−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Genia C. Philip
   fka Genia Sookram
   220 Williamson Avenue
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−8307

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       12/3/19
Time:       02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Karina Pia Lucid

COMMISSION OR FEES
$5,726.59

EXPENSES
$728.50

If this is a chapter 13 case, the fees and expenses awarded:

☐   will not reduce the amount to be paid to general unsecured
    creditors under the plan.

☐   will reduce the amount to be paid to general unsecured
    creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 1, 2019
JAN:

    Jeanne Naughton
    Clerk

Case 19-10926-SLM    Doc 38    Filed 11/03/19    Entered 11/03/19 23:36:06    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:  
Genia C. Philip  
Debtor

Case No. 19-10926-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 | Date Rcvd: Nov 01, 2019 |
|---|---|---|---|
| | Form ID: 137 | Total Noticed: 31 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2019.
```
db            +Genia C. Philip,    220 Williamson Avenue,    Hillside, NJ 07205-1422
517970723     +Big M Inc. d/b/a Annie Sez,    12 Vreeland Avenue,    Totowa, NJ 07512-1121
517970725     +Carl E. Zappfe, Esq.,    7 Francis Lane,    Chester, NJ 07930-2806
517970726      Colorado Capital,    P.O. Box 736,    Hurst, TX 76053
517970728     +Gwendolyn O. Hinton,    43 La Grande Avenue,    Fanwood, NJ 07023-1550
517970730     +Minnie McCrear,    14 Orchard Road,    Maplewood, NJ 07040-2489
517970732      New Jersey American Water,    Box 371331,    Pittsburgh, PA 15250-7331
517970734      PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
517970733     +Philip A. Kahn, Esq.,    Fein, Such, Kahn & Shepard, P.C.,    7 Century Drive, Suite 201,
                Parsippany, NJ 07054-4673
517970735     +Ralph Gulko, Esq.,    Pressler, Felt & Warshaw LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
518147291    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517970737      State of New Jersey Division of Taxation,    Revenue Processing Center - Payments,    PO Box 111,
                Trenton, NJ 08645-0111
518140643     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518322102      U.S. Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
517970741    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Cir,
                Frederick, MD 21701)
517970740     +Waste Industries, LLC,    800 East Grand Street,    Elizabeth, NJ 07201-2722
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2019 00:27:46      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2019 00:27:42      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518013056     +E-mail/Text: csc.bankruptcy@amwater.com Nov 02 2019 00:28:44      American Water,    PO Box 578,
                Alton, IL 62002-0578
517970724      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 02 2019 00:32:00
                Capital One Bank USA N.A.,    15000 Capital One Drive,    Richmond, VA 23238
517970727     +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 02 2019 00:28:41
                Credit Collection Serv,    P.O. Box 607,    Norwood, MA 02062-0607
517970729      E-mail/Text: cio.bncmail@irs.gov Nov 02 2019 00:27:02      IRS Department of the Treasury,
                ACS Support,    PO Box 8208,    Philadelphia, PA 19101-8208
518000859      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2019 00:34:03      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517970731     +E-mail/PDF: bankruptcy@ncfsi.com Nov 02 2019 00:32:05      New Century Financial Services,
                110 S. Jefferson Road,    Whippany, NJ 07981-1038
517970736     +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 02 2019 00:34:00      Regional Acceptance Co,
                5425 Robin Road,    Norfolk, VA 23513-2441
518012873      E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 02 2019 00:34:00      Regional Acceptance Corporation,
                PO Box 1847,    Wilson, NC 27894-1847
517970739      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 02 2019 00:25:20
                Verizon,    P.O. Box 489,    Newark, NJ 07101-0489
518122191     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 02 2019 00:32:19      Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517970738      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 02 2019 00:25:20
                Verizon,    P.O. Box 15124,    Albany, NY 12212-5124
518038730     +E-mail/Text: bankruptcynotice@westlakefinancial.com Nov 02 2019 00:27:43
                Westlake Financial Services,    4751 Wilshire Blvd, Suite 100,    Los Angeles, CA 90010-3847
517970742     +E-mail/Text: bankruptcynotice@westlakefinancial.com Nov 02 2019 00:27:44
                Westlake Financial Svc,    4751 Wilshire Blvd,    Los Angeles, CA 90010-3847
                                                                                              TOTAL: 15
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Nov 01, 2019
                              Form ID: 137             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2019 at the address(es) listed below:
              Karina Pia Lucid    on behalf of Debtor Genia C. Philip klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               GSMPS Mortgage Loan Trust 2006-RP1 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee for GSMPS
               Mortgage Loan Trust 2006-RP1 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```