UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

KARINA PIA LUCID, ESQ., LLC3640 Valley Road, Suite 2-APO Box 230Liberty Corner, New Jersey 07938-0230 Tel: (908) 350-7505Email: klucid@karinalucidlaw.com Karina Pia Lucid, Esq.

**Order Filed on December 4, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: _____19-10926_____ |
| Genia Philip | Chapter: 13 |
| | Judge: _____Stacey L. Meisel_____ |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 4, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Karina Pia Lucid, Esq._____, the applicant, is allowed a fee of $ _____,5726.59_____ for services rendered and expenses in the amount of $_____728.50_____ for a total of $_____6,455.09_____ . The allowance shall be payable:

☑        through the Chapter 13 plan as an administrative priority.

❏        outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ___n/a_____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*