| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| KARINA PIA LUCID, ESQ., LLC 3640 Valley Road, Suite 2-A PO Box 230 Liberty Corner, New Jersey 07938-0230 Tel: (908) 350-7505 Email: klucid@karinalucidlaw.com Karina Pia Lucid, Esq. |

Order Filed on December 4, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

| In Re: Genia Philip | Case No.: 19-10926 |
|---|---|
| | Chapter: 13 |
| | Judge: Stacey L. Meisel |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 4, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Karina Pia Lucid, Esq._____, the applicant, is allowed a fee of $ ____,5726.59____ for services rendered and expenses in the amount of $____728.50____ for a total of $____6,455.09____ . The allowance shall be payable:

☑   through the Chapter 13 plan as an administrative priority.

☐   outside the plan.

The debtor's monthly plan is modified to require a payment of $____n/a____ per month for __n/a__ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:  
Genia C. Philip  
    Debtor

Case No. 19-10926-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 04, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.  
db            +Genia C. Philip,    220 Williamson Avenue,    Hillside, NJ 07205-1422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:  
         Karina Pia Lucid    on behalf of Debtor Genia C. Philip klucid@karinalucidlaw.com,  
          R43327@notify.bestcase.com;admin@karinalucidlaw.com  
         Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for  
         GSMPS Mortgage Loan Trust 2006-RP1 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Marie-Ann    Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee for GSMPS  
         Mortgage Loan Trust 2006-RP1 rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 5