| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>    GENIA C. PHILIP |

Order Filed on December 9, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-10926 SLM

Hearing Date:  12/9/2020

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 9, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  GENIA C. PHILIP

Case No.: 19-10926

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

 THIS MATTER having come before the Court on 12/09/2020 on notice to KARINA PIA LUCID, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $946.00 starting on 12/1/2020 for the remaining 38 month(s); and it is further

- ORDERED, that the Debtor(s) must pay $889.00 and/or proof of payment by 12/10/2020 or the case will be dismissed; and it is further

- ORDERED, that in the event that the electronic payment is reversed and/or Debtor(s) request a stop payment on certified funds, the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor or Debtor's Attorney.

| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |
| IN RE: <br>     GENIA C. PHILIP |

Case No.:  19-10926 SLM

Hearing Date:  12/9/2020

# ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Debtor(s):  GENIA C. PHILIP

Case No.: 19-10926

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/09/2020 on notice to KARINA PIA LUCID, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $946.00 starting on 12/1/2020 for the remaining 38 month(s); and it is further

- ORDERED, that the Debtor(s) must pay $889.00 and/or proof of payment by 12/10/2020 or the case will be dismissed; and it is further

- ORDERED, that in the event that the electronic payment is reversed and/or Debtor(s) request a stop payment on certified funds, the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-10926-SLM |
| Genia C. Philip | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 10, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

**Recip ID          Recipient Name and Address**
db               + Genia C. Philip, 4 South Orange Avenue, Unit 210, South Orange, NJ 07079-1702

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

**Name**                **Email Address**

Karina Pia Lucid
                        on behalf of Debtor Genia C. Philip klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com

Kevin Gordon McDonald
                        on behalf of Creditor U.S. Bank National Association as Trustee for GSMPS Mortgage Loan Trust 2006-RP1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                        magecf@magtrustee.com

Rebecca Ann Solarz
                        on behalf of Creditor U.S. Bank National Association as Trustee for GSMPS Mortgage Loan Trust 2006-RP1 rsolarz@kmllawgroup.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2      User: admin      Page 2 of 2

Date Rcvd: Dec 10, 2020      Form ID: pdf903      Total Noticed: 1

TOTAL: 5