UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Caption in Compliance with D.N.J. LBR 9004-2(c)
Karina Pia Lucid, Esq., LLC
Liberty Corner, New Jersey 07938-0230
Tel:(908) 350-7505
Fax:(908) 350-4505
Attorney for Debtor(s), Genia Philip

Order Filed on January 27, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Genia Philip

Case No.: _____19-10926_____

Chapter: _____13_____

Judge: _____SLM_____

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**
(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 27, 2021**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of Debtor's counsel for a reduction of time for a hearing on Motion to Incur Debt to Purchase Vehicle under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on February 10, 2021 at 2:00 P.M. in the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102, Courtroom No. 3A .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Ch. 13 Trustee, proposed financer, secured creditors and their counsel (if known) and any party having filed a Notice of Appearance.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Any other Creditor whose distribution is affected by the proposed transaction.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Ch. 13 Trustee and Secured Creditors and their Counsel

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

    6. A *Certification of Service* must be filed prior to the hearing date.

    7. Any objections to said motion/application identified above:

        ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail **by February 9, 2021 at 3:00 P.M.**
~~_____ day(s) prior to the scheduled hearing; or~~

        ☐ may be presented orally at the hearing in the manner prescribed below.

    8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

        ☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476) ***If objections are filed.**

        ☒ Other:

> \*\*\*No oral argument will be held, if objections are not filed.

*rev.3/23/20*

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 19-10926-SLM
Genia C. Philip     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 27, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Genia C. Philip, 4 South Orange Avenue, Unit 330, South Orange, NJ 07079-1702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Karina Pia Lucid | on behalf of Debtor Genia C. Philip klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee for GSMPS Mortgage Loan Trust 2006-RP1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association as Trustee for GSMPS Mortgage Loan Trust 2006-RP1 rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Jan 27, 2021 Form ID: pdf903 Total Noticed: 1
TOTAL: 5