| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>KARINA PIA LUCID, ESQ., LLC<br>PO Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel:     (908) 350-7505<br>Email:  klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the Debtors, Genia Philip* | Order Filed on February 10, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Genia Philip<br><br>            Debtors. | Case No: 19-10926 (SLM)<br><br>Chapter 13<br><br>Hearing Date: 2/10/2021<br><br>ORAL ARGUMENT:<br>REQUESTED, IF TIMELY<br>OPPOSITION RECEIVED |

### ORDER AUTHORIZING DEBTOR TO INCUR DEBT TO PURCHASE VEHICLE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: February 10, 2021**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:   Genia Philip
Case No.: 19-10926 (SLM)
Caption:   Motion TO INCUR DEBT TO PURCHASE VEHICLE

**THIS MATTER,** having been opened to the Court upon the motion, (the "Motion") of the Debtor, Genia Philip (the "Debtor"), by and through her counsel, Karina Pia Lucid, Esq., seeking the entry of an Order authorizing debtor to incur debt to purchase vehicle.

Upon consideration of Debtors motion for an order authorizing debtor to incur debt to purchase vehicle and good cause appearing therefore, it is hereby:

**ORDERED** that the Debtor ~~are~~ is authorized to incur financing in the amount of $20,385.22 through Credit Acceptance Corporation for the purchase of the 2017 Lincoln MKS.