|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>KARINA PIA LUCID, ESQ., LLC<br>PO Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel:    (908) 350-7505<br>Email:  klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the Debtors, Genia Philip* | |
| In Re:<br><br>Genia Philip<br><br>            Debtors. | Case No: 19-10926 (SLM)<br><br>Chapter 13<br><br>Hearing Date: 2/10/2021<br><br>ORAL ARGUMENT:<br>REQUESTED, IF TIMELY<br>OPPOSITION RECEIVED |

Order Filed on February 10, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

### ORDER AUTHORIZING DEBTOR TO INCUR DEBT TO PURCHASE VEHICLE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: February 10, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:   Genia Philip
Case No.: 19-10926 (SLM)
Caption:   Motion TO INCUR DEBT TO PURCHASE VEHICLE

**THIS MATTER,** having been opened to the Court upon the motion, (the "Motion") of the Debtor, Genia Philip (the "Debtor"), by and through her counsel, Karina Pia Lucid, Esq., seeking the entry of an Order authorizing debtor to incur debt to purchase vehicle.

Upon consideration of Debtors motion for an order authorizing debtor to incur debt to purchase vehicle and good cause appearing therefore, it is hereby:

**ORDERED** that the Debtor ~~are~~ is authorized to incur financing in the amount of $20,385.22 through Credit Acceptance Corporation for the purchase of the 2017 Lincoln MKS.

United States Bankruptcy Court

District of New Jersey

In re:  
Genia C. Philip  
    Debtor

Case No. 19-10926-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 10, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

**Recip ID**      **Recipient Name and Address**  
db      +   Genia C. Philip, 4 South Orange Avenue, Unit 330, South Orange, NJ 07079-1702

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Karina Pia Lucid | on behalf of Debtor Genia C. Philip klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee for GSMPS Mortgage Loan Trust 2006-RP1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association as Trustee for GSMPS Mortgage Loan Trust 2006-RP1 rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Feb 10, 2021     Form ID: pdf903     Total Noticed: 1
TOTAL: 5