| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on February 17, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>  GENIA C. PHILIP | Case No.:  19-10926 SLM<br><br>Hearing Date:  10/23/2019<br><br>Judge:  STACEY L. MEISEL<br><br>Debtor is Entitled To Discharge |

## MODIFIED ORDER CONFIRMING PLAN

The relief set forth on the following pages is hereby ORDERED.

**DATED: February 17, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:        19-10926 SLM

Caption of Order:   MODIFIED ORDER CONFIRMING PLAN

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 10/24/2019 is hereby modified as a result of the expiration of the claims bar date and that commencing 02/01/2019 the Debtor shall pay the Standing Trustee the sum of $532.53 for a period of 22 month(s), and then commencing 12/01/2020 the sum of $946.00 for a period of 3 month(s) and then commencing 03/01/2021 the sum of $1,200.00 for a period of 35 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Genia C. Philip  
    Debtor

Case No. 19-10926-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Feb 18, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

**Recip ID**     **Recipient Name and Address**  
db     +   Genia C. Philip, 4 South Orange Avenue, Unit 330, South Orange, NJ 07079-1702

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:**

**Name**     **Email Address**

Karina Pia Lucid  
    on behalf of Debtor Genia C. Philip klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com

Kevin Gordon McDonald  
    on behalf of Creditor U.S. Bank National Association  as Trustee for GSMPS Mortgage Loan Trust 2006-RP1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg  
    magecf@magtrustee.com

Rebecca Ann Solarz  
    on behalf of Creditor U.S. Bank National Association  as Trustee for GSMPS Mortgage Loan Trust 2006-RP1 rsolarz@kmllawgroup.com

U.S. Trustee  
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2  User: admin  Page 2 of 2
Date Rcvd: Feb 18, 2021  Form ID: pdf903  Total Noticed: 1
TOTAL: 5