Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

        Case No.:  19−10926−SLM  
        Chapter:  13  
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Genia C. Philip
   fka Genia Sookram
   4 South Orange Avenue
   Unit 330
   South Orange, NJ 07079

Social Security No.:
   xxx−xx−8307

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 17, 2021.

Dated: February 18, 2021  
JAN: ntp

                                                                                                            Jeanne Naughton  
                                                                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Genia C. Philip  
    Debtor

Case No. 19-10926-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 18, 2021      Form ID: plncf13      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genia C. Philip, 4 South Orange Avenue, Unit 330, South Orange, NJ 07079-1702 |
| 517970723 | + | Big M Inc. d/b/a Annie Sez, 12 Vreeland Avenue, Totowa, NJ 07512-1121 |
| 517970725 | + | Carl E. Zappfe, Esq., 7 Francis Lane, Chester, NJ 07930-2806 |
| 517970726 | | Colorado Capital, P.O. Box 736, Hurst, TX 76053 |
| 517970728 | + | Gwendolyn O. Hinton, 43 La Grande Avenue, Fanwood, NJ 07023-1550 |
| 517970730 | + | Minnie McCrear, 14 Orchard Road, Maplewood, NJ 07040-2489 |
| 517970732 | | New Jersey American Water, Box 371331, Pittsburgh, PA 15250-7331 |
| 517970734 | | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 517970733 | + | Philip A. Kahn, Esq., Fein, Such, Kahn & Shepard, P.C., 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 517970735 | + | Ralph Gulko, Esq., Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518147291 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517970737 | | State of New Jersey Division of Taxation, Revenue Processing Center - Payments, PO Box 111, Trenton, NJ 08645-0111 |
| 518140643 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518322102 | | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 517970741 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 517970740 | + | Waste Industries, LLC, 800 East Grand Street, Elizabeth, NJ 07201-2722 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 18 2021 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 18 2021 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518013056 | | Email/Text: csc.bankruptcy@amwater.com | Feb 18 2021 21:27:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 517970724 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 18 2021 23:48:25 | Capital One Bank USA N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 517970727 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 18 2021 21:27:00 | Credit Collection Serv, P.O. Box 607, Norwood, MA 02062-0607 |
| 517970729 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 18 2021 21:25:00 | IRS Department of the Treasury, ACS Support, PO Box 8208, Philadelphia, PA 19101-8208 |
| 518000859 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2021 23:40:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517970731 | + | Email/PDF: bankruptcy@ncfsi.com | Feb 18 2021 23:59:13 | New Century Financial Services, 110 S. Jefferson Road, Whippany, NJ 07981-1038 |

| | | | | |
|---|---|---|---|---|
| 517970736 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 18 2021 23:59:18 | Regional Acceptance Co, 5425 Robin Road, Norfolk, VA 23513-2441 |
| 518012873 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 18 2021 23:59:18 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 518122191 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 18 2021 23:59:51 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517970739 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 18 2021 21:24:00 | Verizon, P.O. Box 489, Newark, NJ 07101-0489 |
| 517970738 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 18 2021 21:24:00 | Verizon, P.O. Box 15124, Albany, NY 12212-5124 |
| 518038730 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Feb 18 2021 21:26:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 517970742 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Feb 18 2021 21:26:00 | Westlake Financial Svc, 4751 Wilshire Blvd, Los Angeles, CA 90010-3847 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Karina Pia Lucid | on behalf of Debtor Genia C. Philip klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as Trustee for GSMPS Mortgage Loan Trust 2006-RP1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association as Trustee for GSMPS Mortgage Loan Trust 2006-RP1 rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5