**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Genia C. Philip<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8307<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–10926–SLM | |

# Order of Discharge                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Genia C. Philip
fka Genia Sookram

8/13/21

**By the court:** <u>Stacey L. Meisel</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-10926-SLM |
| Genia C. Philip | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 13, 2021 | Form ID: 318 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genia C. Philip, 4 South Orange Avenue, Unit 330, South Orange, NJ 07079-1702 |
| 517970723 | + | Big M Inc. d/b/a Annie Sez, 12 Vreeland Avenue, Totowa, NJ 07512-1121 |
| 517970725 | + | Carl E. Zappfe, Esq., 7 Francis Lane, Chester, NJ 07930-2806 |
| 517970726 | | Colorado Capital, P.O. Box 736, Hurst, TX 76053 |
| 517970728 | + | Gwendolyn O. Hinton, 43 La Grande Avenue, Fanwood, NJ 07023-1550 |
| 517970730 | + | Minnie McCrear, 14 Orchard Road, Maplewood, NJ 07040-2489 |
| 517970732 | | New Jersey American Water, Box 371331, Pittsburgh, PA 15250-7331 |
| 517970734 | | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 517970733 | + | Philip A. Kahn, Esq., Fein, Such, Kahn & Shepard, P.C., 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 517970735 | + | Ralph Gulko, Esq., Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518147291 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517970737 | | State of New Jersey Division of Taxation, Revenue Processing Center - Payments, PO Box 111, Trenton, NJ 08645-0111 |
| 518140643 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517970740 | + | Waste Industries, LLC, 800 East Grand Street, Elizabeth, NJ 07201-2722 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: BNC@magtrustee.com | Aug 13 2021 20:31:00 | Marie-Ann Greenberg, Chapter 13 Standing Trustee, 30 Two Bridges Rd, Suite 330, Fairfield, NJ 07004-1550 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 13 2021 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 13 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518013056 | + | Email/Text: csc.bankruptcy@amwater.com | Aug 13 2021 20:31:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 517970724 | | EDI: CAPITALONE.COM | Aug 14 2021 00:28:00 | Capital One Bank USA N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 519253598 | | Email/Text: ebnnotifications@creditacceptance.com | Aug 13 2021 20:31:00 | Credit Acceptance, 25505 West Twelve Mile, Road, Southfield, MI 48034 |
| 517970727 | + | EDI: CCS.COM | Aug 14 2021 00:28:00 | Credit Collection Serv, P.O. Box 607, Norwood, MA 02062-0607 |
| 517970729 | | EDI: IRS.COM | Aug 14 2021 00:28:00 | IRS Department of the Treasury, ACS Support, PO Box 8208, Philadelphia, PA 19101-8208 |
| 518000859 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2021 20:34:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517970731 | + | Email/PDF: bankruptcy@ncfsi.com | | |

Case 19-10926-SLM    Doc 89    Filed 08/15/21    Entered 08/16/21 00:14:24    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2021 | Form ID: 318 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 13 2021 20:34:40 | New Century Financial Services, 110 S. Jefferson Road, Whippany, NJ 07981-1038 |
| 517970736 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 13 2021 20:49:43 | Regional Acceptance Co, 5425 Robin Road, Norfolk, VA 23513-2441 |
| 518012873 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 13 2021 20:49:43 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 518322102 | | EDI: ECMC.COM | Aug 14 2021 00:28:00 | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 518122191 | + | EDI: AIS.COM | Aug 14 2021 00:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517970739 | | EDI: VERIZONCOMB.COM | Aug 14 2021 00:28:00 | Verizon, P.O. Box 489, Newark, NJ 07101-0489 |
| 517970738 | | EDI: VERIZONCOMB.COM | Aug 14 2021 00:28:00 | Verizon, P.O. Box 15124, Albany, NY 12212-5124 |
| 517970741 | | EDI: WFFC.COM | Aug 14 2021 00:28:00 | Wells Fargo Home Mortgage, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 518038730 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Aug 13 2021 20:31:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 517970742 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Aug 13 2021 20:31:00 | Westlake Financial Svc, 4751 Wilshire Blvd, Los Angeles, CA 90010-3847 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2021                        Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Wolff | dwtrustee@verizon.net  NJ50@ecfcbis.com |
| Karina Pia Lucid | on behalf of Debtor Genia C. Philip klucid@karinalucidlaw.com  R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association  as Trustee for GSMPS Mortgage Loan Trust 2006-RP1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 13, 2021 | Form ID: 318 | Total Noticed: 33 |

| | |
|---|---|
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association as Trustee for GSMPS Mortgage Loan Trust 2006-RP1 rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6